### Exhibit A to the Complaint

**Location:** Merchantville, NJ  
**Total Works Infringed:** 37  
**IP Address:** 98.110.53.202  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: A8A900F68D1470DE418DD2185447666C868F45CD<br>File Hash: 4088203106C9904C556319D77A7C8FC3363F3842B21D17A0DDA94A76A6DD8FA6 | 05-27-2021 13:21:07 | Blacked Raw | 06-01-2019 | 07-17-2019 | PA0002188304 |
| 2 | Info Hash: 73FF56417B80001A7B359B7AD950366EA706DF13<br>File Hash: EDBBA2130B528B643297E287CBD82189A1FFD31C0F9FA6A943D45F021911BA7A | 05-10-2021 06:58:25 | Blacked Raw | 04-19-2021 | 04-27-2021 | PA0002288984 |
| 3 | Info Hash: E99423C73146CABA22B64FF972FDB3B66BC6D81C<br>File Hash: 8852896000A54989467CAFC490427488EC8C572DE303EF5E41E903903FADC3E6 | 05-03-2021 02:45:26 | Blacked Raw | 03-22-2021 | 04-14-2021 | PA0002286722 |
| 4 | Info Hash: 978CE898A8AA756DCFE919BBA0A2EABA859D93FF<br>File Hash: C920A383263D3E07545233660661F2D4A82F68D612C36CB7DC1843BD8C41C393 | 04-30-2021 05:17:44 | Blacked Raw | 03-29-2021 | 04-14-2021 | PA0002286726 |
| 5 | Info Hash: 6037771671E3F13DC456266283B3B829A2CCD6C7<br>File Hash: 5F3CF9CF0EF6BF158D8D52710FB4431C09B4CD4B9EB8BD01E48D638C02B30D23 | 02-25-2021 07:43:42 | Blacked Raw | 08-31-2020 | 09-05-2020 | PA0002255473 |
| 6 | Info Hash: 8CD924715A479D3D0E91C3B0E62BC25E883E62E5<br>File Hash: BDBCDF434CF419496FF3E8D769526E3BA168CCF989EE165CA197276A53CE6F04 | 02-25-2021 07:42:48 | Blacked Raw | 11-30-2020 | 01-04-2021 | PA0002277037 |
| 7 | Info Hash: 17E24B14F0D7A82581C3E61531C8DA80F962E46E<br>File Hash: D4C53B604B6D1528B5D4D64023456E5D9DC5328C5949DBB95677EC5D4D3D363D | 02-25-2021 07:41:55 | Blacked Raw | 01-25-2021 | 02-09-2021 | PA0002276145 |
| 8 | Info Hash: 2294A414D64D9AA31D08C144CF4D104631A7BEF9<br>File Hash: 4BC166B220C589E13AA09A8778779D95155F0AEE33FE2033B06D11C826B8C9F9 | 11-15-2020 12:13:28 | Blacked Raw | 07-20-2020 | 08-11-2020 | PA0002252263 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: E15841938E8FDA9EE8C8ADC8F8A8694B4793BFFB<br>File Hash: 72944541C7D6EE60DAB7A0E1BFAD8762E09159DCC444786AC148A754470BE4C1 | 08-25-2020 02:00:20 | Blacked Raw | 08-17-2020 | 09-05-2020 | PA0002255472 |
| 10 | Info Hash: E410F33384AA7AF5BA07E2BE74E012D22910345D<br>File Hash: 298EDF6A5F418A22094BF7150147769581BADDC8A9C6460E7A53579EBA1E4385 | 07-15-2020 11:28:53 | Blacked Raw | 06-08-2020 | 06-25-2020 | PA0002255509 |
| 11 | Info Hash: C63144F64B9547BE9906EA7046AAF8FE428E95ED<br>File Hash: 1AA52D9D79432616DAA21D7BB04990D86B45DEAF1FFE5FA2721C89DD5EA2780C | 07-15-2020 11:27:55 | Blacked Raw | 06-15-2020 | 07-17-2020 | PA0002248596 |
| 12 | Info Hash: 14AB1F3D09A7FD1F5B4014B7D932F7FAC768DEC8<br>File Hash: 6D76F838EB0CC3D4537F6D58B82C60D51A6778E781AEB91C4B2B2FBE14F56B3A | 07-15-2020 11:27:06 | Blacked Raw | 06-29-2020 | 07-17-2020 | PA0002248598 |
| 13 | Info Hash: 28B8B31C792F1CA34A908834F37BBD4399E80A0C<br>File Hash: FF460F609C0680B6B4BD70DC2BE94C1ADA2A5BF2DF66C005BAEE0A1C35D407AD | 04-19-2020 08:01:49 | Blacked Raw | 04-06-2020 | 04-17-2020 | PA0002237306 |
| 14 | Info Hash: F9868546BBF9264CB4609B0C107CBE45ACA74091<br>File Hash: 6BF10EE11AF1973ADB109573502645CC2728A0B4627C4B292E438948214CDE5F | 04-19-2020 08:01:36 | Blacked Raw | 04-13-2020 | 04-22-2020 | PA0002237695 |
| 15 | Info Hash: 4027AF1421AE2D9BED00B53E01979BB89ADD9B1E<br>File Hash: 90AB2E788BB710259D4A9DCFD9E2C65C0643D86AC847DAFA0BFED4550E27D3A6 | 04-05-2020 10:43:40 | Blacked Raw | 03-17-2020 | 04-17-2020 | PA0002246171 |
| 16 | Info Hash: FE5B9EFC4BF17A8689721558696ED93FCC6EB9E2<br>File Hash: 8E0DCB59EE4296031AE1C10776D4FD542F63A966F253937709FF7D1ABCB0C5EE | 04-05-2020 10:43:31 | Blacked Raw | 03-23-2020 | 04-17-2020 | PA0002246101 |
| 17 | Info Hash: F0B1D1D29F6E1277281FC9500A67965B64DF08EC<br>File Hash: E3CD0158EAE9CB652165410A6816EE6EEBE0BD75A849CDFEE5D2716AEADBF20D | 04-05-2020 10:43:06 | Blacked Raw | 03-07-2020 | 04-17-2020 | PA0002246118 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 272AA48D377D9D07F1E19D19D64DE273AE6CAD89<br>File Hash: 3120FC1318BF943B30842B691AC19032EB9AC10876CE65F23160ADF3117ECEBD | 04-05-2020 10:42:53 | Blacked Raw | 03-12-2020 | 04-17-2020 | PA0002246106 |
| 19 | Info Hash: E8872783C21C5279829C2E3308ADBD663024982C<br>File Hash: 851815009B495D851AB102854AEA131A4BA79B5768D62C179A89F06ACF150425 | 03-09-2020 05:42:53 | Blacked Raw | 02-26-2020 | 04-17-2020 | PA0002252443 |
| 20 | Info Hash: F3186A83F56B483866D39836F6F88E079AC036CA<br>File Hash: FE9FF49A959C72F52A57CFF985260BE3D4BF7BC1EE0FF4A0C1249188F5EECA79 | 02-23-2020 09:16:59 | Blacked Raw | 02-21-2020 | 03-18-2020 | PA0002241534 |
| 21 | Info Hash: 1FA627D7433CB3C9F880EE885DF024646BD25081<br>File Hash: C2190F1BA3B7B713F58C1FC9F31ECCBDD01F1807E5C00FBEB4E9220A89F3CD4F | 02-02-2020 06:22:22 | Blacked Raw | 01-22-2020 | 02-20-2020 | PA0002229057 |
| 22 | Info Hash: AA4BE843A51F57F2C364C24DD5D7ECF2C647F652<br>File Hash: CEDD4C9C7B46CA14DA4782D089600800BF98E22C7C6E36116628A7F20EAE5A4C | 02-02-2020 06:22:14 | Blacked Raw | 01-27-2020 | 03-15-2020 | PA0002240550 |
| 23 | Info Hash: C36B70D35B13EC6143CD098E5424C872C0B7D9CC<br>File Hash: 82651A793EDFCEF027EAA97231B6B487B2A6A7722A8959851C1A6668157DB9AD | 02-02-2020 06:21:40 | Blacked | 01-30-2020 | 02-20-2020 | PA0002237624 |
| 24 | Info Hash: 8E6EED497401E5632882329A13CCE181E0D45A1E<br>File Hash: 7EF068634F9DBFFFF69D13096D059481F3BD7CB4C08FB71B20294D69CF19CB36 | 02-02-2020 06:21:18 | Blacked Raw | 02-01-2020 | 03-15-2020 | PA0002240553 |
| 25 | Info Hash: 1B893F676E56773ED5FF82FD7DF25116F8541544<br>File Hash: 1EE98A390083C0D4271E26488268586A62B40C29597ADC4E0583F5AF23D02873 | 01-19-2020 07:29:43 | Blacked Raw | 01-17-2020 | 02-20-2020 | PA0002229055 |
| 26 | Info Hash: 5E7F93C6563BE169D2D7BCB4E45D4FC544F3852B<br>File Hash: 1B94FF3FCB7A25CF83B9840E3138BC4228DCD601C1855AB9958DABA504A638CF | 01-06-2020 02:13:44 | Blacked Raw | 01-02-2020 | 02-04-2020 | PA0002225581 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: EDC117554BA9BC29EDB056B257D9948225F655F7<br>File Hash: 10A058FE6D43AC943CF5243E9974D6DF52914912EA3CA3D459BD0EA5CB7F626A | 12-30-2019 02:22:00 | Blacked Raw | 12-23-2019 | 01-03-2020 | PA0002219636 |
| 28 | Info Hash: 609925695807CF8D58C61A83C0667EBFACA3059B<br>File Hash: AA82A2D655EFAE26069B693C159D006EA3D308A84159E1F920E2BB80F6B5A1B8 | 12-22-2019 11:49:22 | Blacked Raw | 11-25-2019 | 12-09-2019 | PA0002216263 |
| 29 | Info Hash: 7C9E406FAB73FAC20B6EAC7AE1FE5084E32999D0<br>File Hash: 0388173B9A6A5334727357D81BCFE3D1C4DE85EBE1BF01E463182DA5BB5141EF | 12-22-2019 11:47:53 | Blacked Raw | 12-03-2019 | 01-03-2020 | PA0002233431 |
| 30 | Info Hash: 4F0ECF1B69BFA8516FF063718BEBC286AEDF8110<br>File Hash: EB3FBCF6FD50335AD6148D5014D7E58238F9A8CC0B88909D48FE0F2DB75047E7 | 12-22-2019 11:47:35 | Blacked Raw | 12-08-2019 | 12-17-2019 | PA0002217664 |
| 31 | Info Hash: 2655BEEFBAFF153960693DA4B9EA90A70BAE2688<br>File Hash: E717B0E20B4FBCB9065E7CB186FE8ABAA1435D5CBA4976686571334D75114CE8 | 12-22-2019 11:39:40 | Blacked Raw | 12-13-2019 | 01-22-2020 | PA0002234865 |
| 32 | Info Hash: 236B1304965012B0E615EBF0DBF52A76802D94F8<br>File Hash: 5BA46F2ED179A689C8B25E31E749859F746527491C57CE8B1CF69CA6CA30065C | 12-15-2019 07:13:01 | Blacked | 12-06-2019 | 12-17-2019 | PA0002217665 |
| 33 | Info Hash: 1EA48E1F6DBD3891D1929262A5C26C9553094E6C<br>File Hash: CAEE9A7D3D5970189B1C296E843A7799D9ACC970FD7812D96E3C1AA25CE52332 | 12-15-2019 07:12:34 | Blacked | 12-11-2019 | 01-03-2020 | PA0002219628 |
| 34 | Info Hash: 28D3A9EC7C6D3A6CA0C764EF6A4C9B3E0430CB8E<br>File Hash: 1417D1E60436334A79D2822C80AED298E3266BFDD20924CF09A99BC161454E14 | 11-24-2019 08:51:17 | Blacked Raw | 11-18-2019 | 12-09-2019 | PA0002216261 |
| 35 | Info Hash: E23CD6D162B5CFC41C5A68A2DB0AB011372772BD<br>File Hash: AE6089234A76060863AADCE6833291F4661DEABC658EF6E32B664F1EA9215913 | 11-17-2019 07:57:50 | Blacked Raw | 11-13-2019 | 11-27-2019 | PA0002213997 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 994C1AD3F78A51A989661CCAD3952CD9FE710082<br>File Hash: 8B9C898584909AC3002518CB8126A17F42EED60CC05AF8E15DF975C63D38D428 | 09-29-2019 07:23:42 | Blacked | 09-22-2019 | 10-07-2019 | PA0002205469 |
| 37 | Info Hash: 986B362461B8CD0DD39A895A41218E67D5B3B884<br>File Hash: C4607AA13F404543ADE9F84AE35B56662886B40B3076EF64102A0FA0408F4253 | 07-22-2019 01:39:47 | Blacked | 07-19-2019 | 09-10-2019 | PA0002199415 |