**THE ATKIN FIRM, LLC**
Formed in the State of New Jersey
By:    John C. Atkin, Esq.
55 Madison Avenue, Ste. 400
Morristown, NJ 07960
Tel.: (973) 314-8010 / Fax: (833) 693-1201
JAtkin@atkinfirm.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE subscriber assigned IP address 98.110.53.202, <br><br> Defendant. | Civil Action No. _____ <br><br><br> **L. Civ. R. 7.1.1** <br> **DISCLOSURE STATEMENT** |

PLEASE TAKE NOTICE, pursuant to L. Civ. R. 7.1.1, that no person or entity that is not a party is providing funding for some or all of the attorneys' fees and expenses for the litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

DATED: July 7, 2021                    Respectfully submitted,

                                       */s/ John C. Atkin, Esq.*
                                       JOHN C. ATKIN

1